IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Chapter 13 |
| RAYMOND MAJESKI & ) | Case No. 11-21065 |
| TRACY SMITH, ) | |
| Debtor(s) ) | Judge: JACK B. SCHMETTERER |
| ) | Trustee: Tom Vaughn |
| ) | |
| RAYMOND MAJESKI & ) | |
| TRACY SMITH, ) | |
| Plaintiffs ) | |
| v. ) | Adversary No.: 11-1441 |
| BAC HOME LOANS SERVICING, ) | |
| Defendant ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Upon review of the record including Plaintiff's Complaint, Summons, and Motion for Default and Default Judgment, along with all exhibits and other attachments, the Court makes the following Findings of Fact and Conclusions of Law:

FINDINGS OF FACT

1. The Plaintiffs are the Debtors in the underlying Bankruptcy Case.

2. Defendant BAC Home Loans Servicing is a lender and or servicer of mortgages and a creditor of the Plaintiffs.

3. The Plaintiffs are the owners of a parcel of real estate (hereinafter the real estate), used as their principal place of residence, commonly known as 6167 N. Nassau, Chicago, IL and legally described as follows:

   LOT 3, 4, 5, AND 6 (EXCEPT THE NORTH 110 FEET THEREOF) TAKEN AS A

   SINGLE TRACT OF LAND (EXCEPTING FROM SAID TRACT OF LAND THAT
   PART THEREOF LYING SOUTHEASTERLY OF A LINE DRAWN FROM A POINT
   IN THE SOUTHEWESTERLY LINE OF SAID TRACT OF LAND A DISTANCE OF 83
   FEET 1/2 INCH SOUTHEASTERLY OF THE SOUTHWESTERLY CORNER OF
   SAID TRACT OF LAND AND EXTENDING TO A POINT IN THE NORTHERLY
   LINE OF SAID TRACT A DISTANCE OF 122 FEET EAST OF THE NORTHWEST
   CORNER OF SAID TRACT OF LAND, ALL IN KELDER'S RESUBDIVISION OF

BLOCK 79 OF NORWOOD PARK, BEING ALL OF SECTION 6, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, AND PART OF SECTION 7, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PIN: 13-06-220-008-0000

4. BAC Home Loans Servicing, LP holds a first mortgage lien on the real estate in the amount of $312,278.

5. Defendant BAC Home Loans Servicing, LP holds a second mortgage lien on the real estate in the amount of $65,578.94.

6. Based upon a recent appraisal, the fair market value of the real estate is $247,000.

7. The balance due on the first mortgage ($312,278) exceeds the value of the real estate ($247,000)

## CONCLUSIONS OF LAW

8. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §157 and 28 U.S.C. §1334.

9. This matter constitutes a core proceeding.

10. As a result of the finding of Paragraph 7, there is no equity to support BAC Home Loans Servicing's secured claim and any claim of BAC Home Loans Servicing based upon a second mortgage on the real estate is completely unsecured.

11. Thus pursuant to 11 U.S.C. §506(a) and 506(d), BAC Home Loans Servicing's second mortgage is not an allowed secured claim, and as a result, BAC Home Loans Servicing's second mortgage lien is void. See In re Mann, 249 B.R. 831, 840 (1st Cir BAP 2000); In re Pond, 2001 U.S. App.Lexis 11287 (2nd Cir. 2001); In re McDonald, 205 F.2d 606 (3rd Cir. 2000); Bartee vs. Tara Colony Homeowners Assoc., 212 F.3d 277 (5th Cir. 2000).

Judge Jack B. Schmetterer

AUG 29 2011

Prepared By:
Philip Igoe
221 N. LaSalle, Suite 2301
Chicago, IL 60601
312-782-2883

8/15/11